# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDSON-BASS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　Defendant. | Case No. 1:19-cv-01566-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT STATE CENTER COMMUNITY COLLEGE DISTRICT TO FILE A RESPONSIVE PLEADING AND PLAINTIFF TO FILE NOTICE OF STATUS OF DEFENDANTS FRSNO CITY COLLEGE AND JERRY HENTZLER |

　　　　Crystal Richardson-Bass ("Plaintiff") filed this action in the Superior Court of California, County of Fresno, against Fresno City College, State Center Community College District, and Jerry Hentzler ("Defendants") on September 30, 2019. (ECF No. 1.) On November 1, 2019, Defendant State Center Community College District removed the action to the Eastern District of California. (Id.) A mandatory scheduling conference is set in this matter for January 6, 2020. (ECF No. 4.)

　　　　Upon review of the matter, Defendant State Center Community College District has not filed a responsive pleading in this matter. Further, the notice of removal indicated that Fresno City College was erroneously named as a defendant and that Jerry Hentzler had not been served with the complaint. (ECF No. 1 at 2.)

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant State Center Community College District shall file a responsive pleading within **ten (10) days** of the entry of this order:
2. Within **five (5) days** of the date of entry of this order, Plaintiff shall file a notice of the status of Defendants Fresno City College and Jerry Hentzler in this action; and
3. Failure to comply with this order may result in the issuance of sanctions, up to and including dispositive sanctions.

IT IS SO ORDERED.

Dated: **December 4, 2019**

UNITED STATES MAGISTRATE JUDGE