# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDSON-BASS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　Defendant. | Case No. 1:19-cv-01566-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT JERRY HENTZLER TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT<br><br>FIVE DAY DEADLINE |

Crystal Richardson-Bass ("Plaintiff") filed this action in the Superior Court of California, County of Fresno, against Fresno City College, State Center Community College District, and Jerry Hentzler ("Defendants") on September 30, 2019. (ECF No. 1.) On November 1, 2019, Defendant State Center Community College District removed the action to the Eastern District of California. (Id.)

Defendants filed a motion to dismiss certain causes of action that was granted on January 25, 2021. (ECF Nos. 26, 31.) The order granting the motion to dismiss ordered Defendants to file an answer within fourteen days. (ECF No. 31.) On February 8, 2021, State Center Community College District filed an answer that appears to also be responsive for Fresno City College. (ECF No. 32.) However, Defendant Hentzler has not filed an answer to the first amended complaint.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Defendant Hentzler shall file an answer to the first amended complaint **within five (5) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **March 9, 2021**

UNITED STATES MAGISTRATE JUDGE