# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDSON-BASS,<br><br>Plaintiff,<br><br>v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT, et al.,<br><br>Defendant. | Case No. 1:19-cv-01566-AWI-SAB<br><br>ORDER VACATING MARCH 9, 2021 ORDER AND DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE JERRY HENTZLER AS A DEFENDANT IN THIS ACTION<br><br>(ECF No. 35) |

Crystal Richardson-Bass ("Plaintiff") filed this action in the Superior Court of California, County of Fresno, against Fresno City College, State Center Community College District, and Jerry Hentzler ("Defendants") on September 30, 2019. (ECF No. 1.) On November 1, 2019, Defendant State Center Community College District removed the action to the Eastern District of California. (Id.)

On March 9, 2021, an order issued requiring Jerry Hentzler to file an answer to the first amended complaint. (ECF No. 34.) On this same date, Defendant State Center Community College District filed a response stating that all claims against Defendant Hentzler have been dismissed with prejudice in the January 25, 2021 order granting Defendants' motion to dismiss. (ECF No. 35.) Upon review of the January 25, 2021 order and Plaintiff's first amended complaint, the only claim remaining in this action is the fifth cause of action which is alleged

1

against Defendants Fresno City College and the State Center Community College District.  (First Am. Compl., at p. 15-16, ECF No. 25; Order on Defs.' MTD Pl.'s First Am. Compl., p. 11, ECF No. 31.)

Accordingly, IT IS HEREBY ORDERED that:

1. The March 9, 2021 order requiring Defendant Hentzler to file an answer to the first amended complaint is VACATED; and
2. The Clerk of the Court is DIRECTED to administratively terminate Jerry Hentzler as a defendant in this matter.

IT IS SO ORDERED.

Dated:   **March 10, 2021**

UNITED STATES MAGISTRATE JUDGE