# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDSON-BASS,<br><br>Plaintiff,<br><br>v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT, et al.,<br><br>Defendants. | Case No. 1:19-cv-01566-AWI-SAB<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE DATE<br><br>(ECF Nos. 39, 40) |

On April 29, 2021, the parties filed a stipulation requesting the settlement conference currently set for June 17, 2021, be continued to a date after August 16, 2021. (ECF No. 40.)

Accordingly, IT IS HEREBY ORDERED that the settlement conference set for June 17, 2021, is CONTINUED to August 31, 2021, at 9:30 a.m. in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe. The parties are further directed to review the requirements for proceeding with the settlement conference previously issued (ECF No. 39 at 6-7), however, Judge McAuliffe may issue a subsequent order setting forth different or additional requirements prior to the scheduled settlement conference.

IT IS SO ORDERED.

Dated: **May 4, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1