# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDSON-BASS, | Case No. 1:19-cv-01566-AWI-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| STATE CENTER COMMUNITY COLLEGE DISTRICT, et al., | (ECF No. 47) |
| Defendants. | |

This action was removed to this Court on November 1, 2019. (ECF No. 1.) On April 7, 2021, a scheduling order issued. (ECF No. 39.) The nonexpert discovery deadline is currently set for January 28, 2022. On January 27, 2022, the parties filed a stipulation requesting the scheduling order be modified. (ECF No. 47.) The parties' stipulation proffers that good cause exists to extend the nonexpert discovery deadline because Plaintiff's counsel's office experienced a COVID outbreak in December of 2021, and in January of 2022, and its operations were impacted. (Id.) The parties request the nonexpert discovery deadline be extended specifically as to allow Plaintiff to provide full and verified responses to Defendant's Special Interrogatories to Plaintiff, Set One, and Request for production of Documents, Set Two, with full production of responsive documents to be served by February 10, 2022. The parties also request a deadline of March 1, 2022, for Defendants to file any motion to compel with respect to

this discovery. The Court finds good cause to grant the stipulated request, and presumes the extension will not have any impact on the current dispositive motion filing deadline of April 11, 2022.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline as to the Defendant's Special Interrogatories to Plaintiff, Set One, and Request for production of Documents, Set Two: February 10, 2022; and

2. Deadline for Defendants to file a motion to compel responses to the Defendant's Special Interrogatories to Plaintiff, Set One, and Request for production of Documents, Set Two: March 1, 2022.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **January 27, 2022**

UNITED STATES MAGISTRATE JUDGE